IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SUQUN LIN and YE WEIMIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAD WOLF, Acting Secretary, U.S. Department of Homeland Security; KENNETH CUCCINELLI, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; ANNE CORSANO, District Director, U.S. Citizenship and Immigration Services, Helena, Montana; and WILLIAM BARR, Attorney General of the United States, U.S. Department of Justice,<br><br>Defendants. | CV-20-46-H-CCL<br><br>Order |

Gregory F. Dorrington of Crowley Fleck PLLP, moves for admission of Margaret W. Wong to practice before this Court *pro hac vice*. Mr. Dorrington's motion is accompanied by Ms. Wong's affidavit and certificate of compliance under Rule 8.5 of the Montana Rules of Professional Conduct. The motion and attachments appear to be in order and in compliance with L.R. 83.1(d). Accordingly,

IT IS HEREBY ORDERED that the motion to admit Margaret W. Wong *pro hac vice* (Doc. 3) is granted on the condition that Ms. Wong shall do her own work. This means Ms. Wong must do her own writing, sign her own filings, and appear and participate personally in any hearing or conference set by the Court.

Counsel shall take steps to register in the Court's electronic filing system.

Dated this 18th day of May, 2020.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE